**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **INTERNATIONAL MANAGEMENT** | : | |
| **CONSULTANTS, INC.,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO.: 14-4924** |
| **CONTINENTAL CASUALTY** | : | |
| **COMPANY,** | : | |
| **Defendant.** | : | |

<u>**ORDER**</u>

    **AND NOW**, this 14th day of April, 2016, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim with Respect to Plaintiff's Amended Complaint, (Dkt No. 6), Plaintiff's Response in Opposition to Motion to Dismiss, (Dkt No. 7), and Defendant's Reply in Support of Motion to Dismiss, (Dkt No. 11), it is hereby **ORDERED** that the Court **GRANTS** Defendant's Motion to Dismiss.

    **JUDGMENT** is hereby **ENTERED** in favor of Continental Casualty Company.

    The Clerk's Office is hereby directed to **CLOSE** this matter.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II       J.